# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
|     Plaintiff, | ) Case Number: 23-CV-02201 |
| v. | ) |
| | ) Hon. Franklin U. Valderrama |
| MERCH FOODS, INC d/b/a CULVERS OF GURNEE, | ) |
|     Defendant. | ) |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES

The parties respectfully notify the Court that they have resolved the above-captioned matter. Counsel for the parties are in the process of preparing and exchanging the written settlement agreement for signature and ultimately will file a stipulated dismissal with the Court. The parties intend to file a stipulated dismissal as soon as practicable, but respectfully request that the parties be given 59 days, or on or before October 27, 2023, to file that dismissal. Accordingly, the parties respectfully request that the Court vacate all deadlines set forth in the July 25, 2023 Minute Order (Dkt. 15).

Dated: August 29, 2023

Respectfully submitted,

| | |
|---|---|
| COZEN O'CONNOR | LAW OFFICES OF ROBEERT M. KAPLAN, P.C. |
| */s/ James G. Argionis* | */s/ Robert M. Kaplan* |
| Attorney for Defendant | Attorney for Plaintiff |
| James G. Argionis (jargionis@cozen.com) | Robert M. Kaplan (rmkap@robertkaplanlaw.com) |
| Corey T. Hickman (chickman@cozen.com) | Law Offices of Robert M. Kaplan, P.C. |
| Austin G. Dieter (adieter@cozen.com) | 1535 W. Schaumburg, Rd, Suite 204 |
| COZEN O'CONNOR | Schaumburg, IL 60194 |
| 123 N. Wacker Drive, Suite 1800 | Telephone: (847) 895-9151 |
| Chicago, Illinois 60606 | |
| Telephone: (312) 474-7900 | |

## CERTIFICATE OF SERVICE

I, James G. Argionis, an attorney, hereby certify that on August 29, 2023, I filed the foregoing **Joint Notice of Settlement in Principle and Motion to Vacate all Deadlines** electronically, via Electronic Case Filing (ECF), which shall send notice to all counsel of record.

/s/ *James G. Argionis*