IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | Case No.: 23 CV 02201 |
| ) | |
| MERCH FOODS, INC., d/b/a ) | |
| CULVER'S OF GURNEE, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Howard Cohan ("Plaintiff") and Defendant, Merch Foods, Inc., d/b/a Culver's of Gurnee , ("Defendant") ("Plaintiff and Defendant are collectively referred to as the Parties"), having entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice. Attorney's fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement. The effectiveness of this Stipulation is conditioned upon the Court's dismissing this action with prejudice (the "Order"). The parties hereby stipulate and agree to the entry of the attached proposed Order and respectfully request that the Court enter the same.

Jointly submitted this 2nd day of November, 2023.

Respectfully submitted,

1

2

By: ___/s/ Robert M. Kaplan___  By: ___/s/ James G. Argionis___
Counsel for Plaintiff Counsel for Defendant
Law Offices of Robert M. Kaplan P.C. Cozen O'Connor
1535 W. Schaumburg Rd. Ste 204 123 N. Wacker Drive, Ste. 1800
Schaumburg, IL 60194-4042 Chicago, IL  60606
847-845-9477 (312) 474-7900
rmkap@robertkaplanlaw.com jargionis@cozen.com


ROBERT M. KAPLAN
LAW OFFICES OF ROBERT M. KAPLAN, P.C.
Attorney for Plaintiff
1535 W. Schaumburg Road, #204
Schaumburg, Illinois 60194
(847) 894-9151
IL Bar No. 6206215
rmkap@robertkaplanlaw.com