# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Howard Cohan
      Plaintiff,

v.             Case No.: 1:23−cv−02201
               Honorable Franklin U. Valderrama

Merch Foods, Inc.
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 3, 2023:

  MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to the Joint Stipulation of Dismissal with Prejudice [20], this case is dismissed with prejudice pursuant to the terms of the stipulation. Attorney's fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the parties in their Confidential Settlement Agreement and Release. The Court advises the parties that, generally speaking, Seventh Circuit decisions hold that dismissals "with prejudice" leave the Court without jurisdiction to enforce a settlement agreement. See Shapo v. Engle, 463 F.3d 641, 646 (7th Cir. 2006). Civil case terminated. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.